United States District Court
Southern District of Texas
**ENTERED**
February 26, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| PRISCILA L. LOZANO, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:19-cv-00399 |
| § | |
| SOUTH TEXAS FEDERAL CREDIT § | |
| UNION, § | |
| § | |
| Defendant. § | |

## ORDER

The Court now considers "Plaintiff's Unopposed Emergency Motion to Extend Time to Designate Local Counsel and Continue Scheduling Conference"[1] and Plaintiff's counsel's absence at the February 25, 2020 initial pretrial and scheduling conference.[2]

On February 14, Plaintiff's counsel Alexander J. Taylor ("Mr. Taylor") filed a motion to appear telephonically at the initial pretrial and scheduling conference,[3] which this Court denied, noting that "in-person attendance materially furthers case progress."[4] Instead of appearing at the conference as directed, at 4:47 p.m. on the day before the conference, Mr. Taylor filed an "Emergency Motion" explaining that he had been unable to locate local counsel.[5]

The Court finds Mr. Taylor's failure to locate "local counsel" unpersuasive and does not excuse his absence at the initial pretrial and scheduling conference, particularly after this Court explained the importance of in-person appearance. Mr. Taylor's "emergency" was of his own making, was an unnecessarily last-minute filing, and did not create a legitimate emergency for

---

[1] Dkt. No. 17.
[2] *See* Minute Entry (Feb. 25, 2020).
[3] Dkt. No. 15.
[4] Dkt. No. 16 at 2.
[5] Dkt. No. 17 at 2, ¶¶ 5–7.

this Court's consideration. The Court **DENIES AS MOOT** Mr. Taylor's motion to continue the initial pretrial and scheduling conference. The Court further **ORDERS** Mr. Taylor to appear in person before this Court on **March 4, 2020 at 8:30 a.m.**[6] to show cause for his failure to appear for the February 25 conference.

    IT IS SO ORDERED.

    DONE at McAllen, Texas, this 26th day of February 2020.

                                  Micaela Alvarez
                                  United States District Judge

---

[6] At the initial pretrial and scheduling conference, the Court announced a show cause hearing for March 3, 2020, but hereby changes that date to March 4 as noted herein.