United States District Court
Southern District of Texas
**ENTERED**
March 09, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| PRISCILA L. LOZANO, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:19-cv-00399 |
| § | |
| SOUTH TEXAS FEDERAL CREDIT § | |
| UNION, § | |
| § | |
| Defendant. § | |

## **ORDER**

On March 4, 2020, Plaintiff's counsel Alexander J. Taylor (Mr. Taylor) appeared for a show cause hearing following his failure to appear on February 25, 2020, for the initial pretrial and scheduling conference. After hearing from counsel, the Court finds that Mr. Taylor failed to show good cause for his failure to appear before this Court for the February 25, 2020 initial pretrial and scheduling conference. The Court **ORDERS** Alexander J. Taylor to pay sanctions in the amount of $700.00 to the Clerk of the Court no later than **April 3, 2020**. Failure to pay will result in further sanctions.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 9th day of March 2020.

_____
Micaela Alvarez
United States District Judge