UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| PRISCILA L. LOZANO, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:19-cv-00399 |
| § | |
| SOUTH TEXAS FEDERAL CREDIT § | |
| UNION, § | |
| § | |
| Defendant. § | |

## **ORDER**

The Court now considers Plaintiff's counsel Alexander J. Taylor's (Mr. Taylor's) failure to pay sanctions. As detailed in this Court's earlier order,[1] Mr. Taylor failed to appear at the February 25, 2020, initial pretrial and scheduling conference and failed to show good cause for his failure to appear. The Court ordered Mr. Taylor to pay sanctions in the amount of $700.00 to the Clerk of the Court no later than April 3, 2020, and warned that failure to pay will result in further sanctions.[2] To date, Mr. Taylor has failed to pay any sanctions and has not demonstrated good cause for his failure. Accordingly, the Court **ORDERS** Alexander J. Taylor to pay sanctions in the total amount of $1,400.00 to the Clerk of the Court no later than **April 17, 2020**. This order supersedes the Court's earlier order for sanctions.[3] Failure to pay will result in further sanctions.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 9th day of April 2020.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 20.
[2] *Id.*
[3] *Id.*