United States District Court
Southern District of Texas
**ENTERED**
June 29, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| PRISCILA L. LOZANO, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:19-cv-00399 |
| § | |
| SOUTH TEXAS FEDERAL CREDIT § | |
| UNION, § | |
| § | |
| Defendant. § | |

# ORDER

The Court now considers the "Agreed Stipulation of Dismissal with Prejudice" filed by the parties.[1] The parties agree to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41.[2] Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff may dismiss this action without a Court order by filing a stipulation of dismissal signed by all appearing parties. Because the stipulation is signed by all appearing parties,[3] Plaintiff has effectively dismissed the case and no further action by this Court is necessary. All hearings are cancelled. The Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 29th day of June 2020.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 24.
[2] *Id.* at 1.
[3] *Id.*